1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| EDWIN THOMAS SNELL, | ) | Case No. 12-06118 GAF (AJW) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING REPORT** |
| v. | ) | **AND RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| EDMUND G. BROWN, et al., | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: February 26, 2013

_____
GARY A. FEESS
United States District Judge