UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWIN THOMAS SNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　Defendant. | Case No. 12-06118 GAF (AJW)<br><br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice, except that plaintiff's claims challenging the lawfulness of his state court conviction and sentence are dismissed without prejudice to his ability to seek habeas relief and to file an action under 42 U.S.C. § 1983 that complies with the requirements of <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994).

DATED: February 26, 2013

　　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge